

07-CV-05183-STIP

The Honorable Philip H. Brandt
Tacoma, Washington
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

C07-5183RJB

| | |
|---|---|
| In Re:<br><br>KATHLEEN L. LANDBERG,<br><br>    Debtor.<br><br>_____<br><br>TERRENCE J. DONAHUE,<br>Chapter 7 Trustee,<br><br>    Plaintiff,<br>vs.<br><br>RONALD C. LANDBERG, SR.,<br><br>    Defendant. | CASE NO. 02-45306<br><br>**CHAPTER 7 PROCEEDING**<br><br>ADV. PRO. NO. 06-04159<br><br>INTERNAL APPEAL NO. 07-T004<br><br>BAP NO. WW-07-1126<br><br>**STIPULATION AND ORDER DISMISSING APPEAL** |

**THIS MATTER** having come on before this Court upon stipulation by the parties to dismiss the above pending appeal, as evidenced by signatures below; the Appellee, Chapter 7 Trustee Terrence Donahue, appearing by and through his attorney, Mark D. Waldron of the Law Offices ORLANDINI & WALDRON, P.S.; the Appellant, Ronald C. Landberg, Sr., pro se, having waived notice of presentation; the Debtor in bankruptcy, Kathleen Landberg, pro see, acknowledging the stipulation for dismissal by signature below; and the Court being fully advised in the premises, now, therefore it is hereby

STIPULATION AND ORDER DISMISSING APPEAL  -1-

LAW OFFICES
ORLANDINI & WALDRON
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com

1    **ORDERED** that the above pending appeal be and hereby is dismissed with
2    prejudice, subject to US District Court approval /B
3    **DONE AND ORDERED** this __15__ day of May, 2007.

                                                             _____
                                                             Judge

Presented by and stipulated to:          Stipulated to, approved for entry and
                                                 Notice of presentation waived:

ORLANDINI & WALDRON, P.S.

By: _____      _____
     Mark D. Waldron, WSBA #9578          Ronald Landberg, Sr., Appellant, pro se
     Attorney for Appellee

                                                 Approved for entry:

                                                 _____
                                                 Kathleen Landberg, Debtor, pro se

STIPULATION AND ORDER DISMISSING APPEAL -2-

LAW OFFICES
**ORLANDINI & WALDRON**
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com